## FOURTH DEPARTMENT, JUNE, 1935.

In the Matter of Proving the Last Will and Testament of SUSANA HENRY, Deceased.— Decree affirmed, with costs. All concur, except Crosby and Lewis, JJ., who dissent and vote for reversal on the facts and for judgment denying probate on the ground that the decedent's testamentary capacity was destroyed by insane delusions relating to the natural objects of her bounty. (The decree admits will to probate.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ADELAIDE C. MOULTHROP, Appellant, v. SCHREIER CONTRACTING COMPANY, INCORPORATED, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in a trespass action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

FRANK L. CARMODY, as Administrator, etc., of JAMES R. CARMODY, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses claim for damages for death of intestate resulting from negligent operation of automobile.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

FLORENCE BARRETT and Another, Appellants, v. FEDERAL CRUSHED STONE CORPORATION, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to enjoin operation of a quarry.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [147 Misc. 808.]

JOSEPH A. JORDAN, Respondent, v. CHARLES A. KUHNS and Another, Appellants. — Judgment affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile collision.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of THOMAS MYKINS, Respondent, for a Mandamus Order against BOARD OF SUPERVISORS OF THE COUNTY OF MONROE and Others, Appellants.— Motion for substitution of administratrix of Thomas Mykins, deceased, granted. Order affirmed, with ten dollars costs and disbursements. All concur. (The order overrules objections to an alternative mandamus order for reinstatement of petitioner, since deceased, as deputy county clerk.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.